UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WEST BEND MUTUAL INSURANCE COMPANY and
NANCY LODL,

        Plaintiffs,

v.                                                                   Case No. 2:21-cv-01335-JPS

DEPUY SYNTHES SALES INCORPORATED,
ABC INSURANCE COMPANY,
SYNTHES (USA) PRODUCTS, LLC,
DEF INSURANCE COMPANY,
GHI COMPANY and
JKL INSURANCE COMPANY,

        Defendants.

---

## ORDER FOR APPROVAL OF SETTLEMENT PURSUANT TO WIS. STATS. §102.29 AND FOR DISMISSAL

---

Upon the foregoing Stipulation of the parties, and the Court being further fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that settlement of this matter and distribution of the settlement proceeds, pursuant to Wis. Stats. §102.29 as agreed to by the parties are APPROVED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims of all parties in this matter be, and the same hereby are, DISMISSED, on the merits, with prejudice, and without further notice or costs to any party.